# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.2.2
### Eastern Division

General Casualty Company of Wisconsin

                                              Plaintiff,

v.                                                                             Case No.: 1:18–cv–04384

                                                                              Honorable Charles R. Norgle Sr.

National Coatings, Inc., et al.

                                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 21, 2019:

      MINUTE entry before the Honorable Charles R. Norgle: Motion to dismiss [10] is granted. Case dismissed without prejudice. The parties are not required to appear before the court on Friday, February 22, 2018. Civil case terminated. Mailed notice(ewf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.